# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DOWD, | CASE NO. 1:14-cv-00117-AWI-SKO |
| Plaintiff, | |
| v. | **ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS** |
| CALIFORNIA STATE BAR, et al., | |
| Defendants. | **(Doc. 2)** |

Plaintiff Robert Dowd filed a complaint on January 27, 2014, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's application to proceed *in forma pauperis* is GRANTED.

IT IS SO ORDERED.

Dated:   **February 4, 2014**              /s/ **Sheila K. Oberto**
                                                    UNITED STATES MAGISTRATE JUDGE

1