# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DOWD, | CASE NO. 1:14-cv-00117-AWI-SKO |
| Plaintiff, | |
| v. | **ORDER GRANTING PLAINTIFF'S REQUEST FOR ADDITIONAL TIME TO FILE OBJECTIONS** |
| CALIFORNIA STATE BAR, et al., | |
| Defendants. | **(Doc. 5)** |
| _____/ | |

   Plaintiff Robert Dowd ("Plaintiff"), proceeding pro se and in forma pauperis, filed a complaint on January 27, 2014, which was screened pursuant to 28 U.S.C. § 1915(e)(2). The undersigned issued Findings and Recommendations ("F&Rs") to the district court that Plaintiff's complaint be dismissed with prejudice. (Doc. 4.) Plaintiff was given 21 days to file a statement of objections. On July 17, 2014, Plaintiff filed a motion for a short extension of time to file objections to the F&Rs, and subsequently filed objections on July 22, 2014. (Docs. 5, 6.)

   Accordingly, IT IS HEREBY ORDERED that Plaintiff's request for an extension of time is GRANTED *nunc pro tunc*, and his objections to the F&Rs, filed on July 22, 2014, shall be deemed timely.

IT IS SO ORDERED.

   Dated:   **July 24, 2014**                    **/s/ Sheila K. Oberto**
                                                  UNITED STATES MAGISTRATE JUDGE

1